Order issued: January /6 , 2013



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01276-CV

### EX PARTE: HAROLD CORNISH

On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. X11-555-R

## ORDER :

Before the Court is appellants' October 31, 2012 motion to compel and motion for an extension of time to file a brief. Appellants inform the Court that the petition for expunction contained in the supplemental clerk's record filed on October 11, 2012 is missing the third page. Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record, **WITHIN SEVEN DAYS OF THE DATE OF THIS ORDER**, containing the complete four-page petition for expunction.

We **GRANT** appellant's motion for an extension of time to file a brief. Appellants shall file their brief on or before February 18, 2013.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons, Dallas County District Clerk, and counsel for all parties.

CAROLYN WRIGHT
CHIEF JUSTICE